No. 99–9901. BOZEMAN v. ROCHESTER TELEPHONE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9903. ANDERSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–9904. STEPHENS v. SELSKY ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 99–9906. PAGE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–9907. URIBE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9909. NEWSOME v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9910. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9913. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9914. JAMES v. CITY OF ROCK HILL ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9916. SPARKS v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 99–9918. CANNADY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–9919. ASHMAN v. MINNESOTA DEPARTMENT OF CORRECTIONS. Sup. Ct. Minn. Certiorari denied.

No. 99–9921. SEGINES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–9922. PONCE-BRAN v. TRUSTEES OF CALIFORNIA STATE UNIVERSITY ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.